IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.	Cr. No. 19 MJ 2935

JOEL VALVERDE,

    Defendant.

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Stephanie Wolf, appointed counsel for Defendant Joel Valverde, and respectfully requests leave to withdraw from representation of Mr. Valverde in the above-captioned case.  As grounds, counsel states:

1.	During the course of the representation a conflict of interest has arisen.

2.	The conflict affects the ability of counsel to represent Mr. Valverde in this case.  Barbara Mandel, office supervisor, has been consulted and concurs in the necessity for withdrawal.

3.	Should the Court require additional information about the basis of this motion, counsel respectfully requests an ex parte, in chambers conference with the Court.

**WHEREFORE**, for the foregoing reasons, counsel respectfully requests that the Court grant her leave to withdraw, and immediately appoint substitute counsel for Mr. Valverde.

    Respectfully Submitted,

    **FEDERAL PUBLIC DEFENDER**
    506 S. Main St., Suite 400
    Las Cruces, NM  88001
    Ph: (575) 527-6930

    *Electronically filed September 6, 2019*
    /s/ *Stephanie Wolf*
    STEPHANIE WOLF
    Assistant Federal Public Defender
    Las Cruces Office